IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

CHATTANOOGA DIVISION

| | |
|---|---|
| Timothy Coleman | ) |
| | ) |
| Plaintiff(s), Pro Se | ) |
| | ) |
| Vs. | ) Docket/Complaint No. 1:15-CV-77 |
| | ) |
| | ) Mathael |
| | ) JURY TRIAL DEMANDED |
| | ) Lll |
| Joe Guy, Sheriff               , | ) |
| Jail Guard Buckner             , | ) |
| Jail Guard Bivens              , | ) |
| Jail Guard Travis Hughes       , | ) |
| Respondents. | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## UNDER 42 U.S.C. §1983

PREVIOUS LAWSUITS

A.      Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to your imprisonment?  Yes (    ) No (  xx  )

If your answer to A is yes, describe each lawsuit in the space below.  (If there is more

than one lawsuit, describe the additional lawsuit on another piece of paper, using the

same outline.)

Plaintiff(s)                    N/A

Defendant(s) _____

_____

_____

Court [if federal court, name the district; if state court, name the county]

_____

Docket number: _____

Name of judge to whom case was assigned: _____

Disposition [for example: was the case dismissed?  Was it appealed?  Is it still pending?]

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

II.     PLACE OF PRESENT CONFINEMENT:

> Hardeman County Correctional Facility
> 2520 Union Springs Road
> PO Box 549
> Whiteville, TN 38075-0549

Is there a prisoner grievance procedure in this institution?   Yes   (....) No (.XX)

Did you present the facts relating to your Complaint in the state prisoner grievance procedure?   Yes (   )     No ( XX )

If your answer is yes,

What steps did you take?_____

_____

What was the result? _____

_____

If your answer is "no" explain why not: This incident occurred in the McMinn County

Jail, Athens, Tennessee, and there is no grievence procedure at that jail to my knowledge.

If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?     Yes ( xx  )    No (   )

If your answer is yes,

What steps did you take? Requested on several occasions after beating to speak with sheriff Joe Guy; The sheriff never came back to area in which I was housed. After the beating I was moved to the "Observation" room, which was isolation.

What was the result? Sheriff Joe Guy never came to my cell location to speak about incident.

III.     PARTIES:

[In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional Plaintiffs, if any.]

Name of Plaintiff(s):Timothy Coleman

Address: TDOC # 383378 HCCF, PO Box 549, Whiteville, Tennessee  38075

[In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item C for the names, positions and places of employment of any additional Defendants.]

Name of Defendant:   Joe Guy, Sheriff of McMinn County Tennessee is employed as Sheriff Of McMinn County Tennessee.

Name(s) of additional Defendants:     Jail Guard Buckner, Jail Guard Bivens, and Jail Guard Travis Hughes.

IV.    STATEMENT OF CLAIM:

[State here as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need. Attach additional sheets if needed.] On Father's Day in June 2014 while being held in McMinn County Jail in Athens, Tennessee, at approximately 22:30 hours I was grabbed by the throat in a choking manner by Jail Guard Buckner, tazed by Jail Guard Travis Hughes and Jail Guard Bivens placed me in a choke hold with his right arm around my throat and was striking me in the left kidney area with his left fist. At that point I lost consciousness; Witnesses later told me that Buckner kicked me in the right side of my face and right side of my ribs while I was unconscious laying on the floor; Bivens and Hughes were holding me down while Buckner was kicking me. (see attached affidavit) As a result of this beating I have required corrective surgery to implant a metal plate to hold my right eye in the right eye socket that was crushed by Buckner's kicking me in the face and my vision in the right eye is deteriorated.

V.    RELIEF

[State briefly EXACTLY what you want the Court to do for you.]  Make no legal arguments. Cite no statutes:

Plaintiff seeks injunctive relief to prohibit such conduct from again

occuring at the McMinn County Jail in the future;

Compensatory damages of One Million ($1,000,000.) dollars (US) from each defendant;

Punitive damages of Four Million ($4,000,000.) dollars (US) from each defendant.

Signed on this       _10th Day of March    , 2015

X _____

Timothy Coleman

Plaintiff, Pro Se

I declare under penalty of perjury that the foregoing is true and exact, to the best of

my knowledge, information and belief.

3-10-15

_____      X _____

Date                                  Plaintiff

## DETERMINATION OF NON-INDIGENCY

It appearing based upon the Affidavit of Indigency filed in this Cause and after inquiry

made that the Plaintiff is not an indigent person because:

_____

HONORABLE JUDGE

NOTICE: If the judge determines that based upon your affidavit you are not eligible to proceed under a pauper" oath, you have the right to a hearing before the judge or, in those cases that can be appealed to Circuit Court, a hearing before the Circuit Court Judge.

Inmate Name: __Timothy Coleman  TDOC#: _383378_____

## CERTIFICATE OF PRISON OFFICIAL

I hereby certify that the affiant has the sum of $ _____ on account to his credit at the Whiteville Correctional Facility, where he is confined. I further certify the affiant's average monthly deposits to his prison trust fund account, for the past six (6) month period immediately preceding the filing of this Affidavit, are $ _____.

_____

(Official's Signature)

_____

Date:

SWORN AND SUBSCRIBED before me this the ___ day of _____, 20__.

_____

Notary Public

_____

My Commission expires

STATE OF TENNESSEE

COUNTY OF HARDEMAN

## AFFIDAVIT

I, Freddie Lennex, witnessed the beating of Timothy Coleman on Father's Day, June of 2014 by three guards in the McMinn County Jail, in Athens, Tennessee. I was Timothy Coleman's cell partner and stood in the door of the cell, which was approximately four feet from where the three officers, ie, Officer Buckner, Officer Bivens and Officer Travis Hughes beat and kicked Coleman in the face and in his ribs.

Officer Buckner beat and kicked Coleman in the right face area repeatedly. Officer Travis Hughes tasered Coleman until Coleman fell out and Officer Bivens choked Coleman until Coleman was unconscious.

I make this affidavit of my own free will. I have not been promised any consideration or reward for this statement.

I, Freddie Lennex, affirm, under the penalty of perjury, that the above affidavit is true and correct.

Freddie Lennex TDOC # 410166
HCCF
P.O. Box 549
Whiteville, Tennessee   38075

SWORN AND SUBSCRIBED before me this 25 Day of _____, 2014.

Notary Public

My Commission Expires: 9-18-10